IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Parham, Laura P | Case Number: 04 B 38859 |
| | Judge: Wedoff, Eugene R |
| Printed: 9/16/08 | Filed: 10/19/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  September 9, 2008
Confirmed:  January 20, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 13,250.00 | |
| Secured: | | 9,799.35 |
| Unsecured: | | 611.32 |
| Priority: | | 0.00 |
| Administrative: | | 2,150.00 |
| Trustee Fee: | | 689.33 |
| Other Funds: | | 0.00 |
| Totals: | 13,250.00 | 13,250.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Marlin E Kirby, Esq | Administrative | 2,150.00 | 2,150.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | Thorncreek Sanitary District | Secured | 0.00 | 0.00 |
| 4. | HomEq Servicing Corp | Secured | 15,160.00 | 9,799.35 |
| 5. | Well Group Health Partners | Unsecured | 134.91 | 611.32 |
| 6. | SBC | Unsecured | | No Claim Filed |
| 7. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 8. | City of Chicago Heights | Unsecured | | No Claim Filed |
| 9. | Advocate South Suburban Hosp | Unsecured | | No Claim Filed |
| 10. | Nicor Gas | Unsecured | | No Claim Filed |
| | | | $ 17,444.91 | $ 12,560.67 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 100.75 |
| 4% | 26.00 |
| 3% | 29.25 |
| 5.5% | 143.00 |
| 5% | 65.00 |
| 4.8% | 93.60 |
| 5.4% | 231.73 |
| | $ 689.33 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Parham, Laura P

Printed:  9/16/08

Case Number:  04 B 38859
Judge:  Wedoff, Eugene R
Filed:  10/19/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

